UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTY A. MATEER,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | CIVIL ACTION NO. 3:20-CV-00047<br><br>(MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 25th day of February 2021, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that:

1. The Commissioner's decision to deny plaintiff Betty A. Mateer benefits under Titles II and XVI of the Social Security Act (*see* Doc. 1) is **AFFIRMED**;

2. The Clerk of Court is directed to enter **FINAL JUDGMENT** in favor of the Commissioner and against Mateer; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**